**Petition of Charles E. GOLDKAMP.**

No. 80–72–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

Perry Shatkin, Providence, for petitioner.

Richard A. Licht, Providence, for Rhode Island Board of Bar Examiners, for respondent.

## ORDER

The motion to remand this matter to the Rhode Island Board of Bar Examiners for further hearings is granted. Consideration of the petition for review of the Board's decision is hereby deferred.